**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MERRY WEST, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-CV-02086-JCM-RJJ |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHERYL FOSTER, | ) | |
| | ) | |
| Respondent. | ) | |

Presently before the court is respondents Sheryl Foster, et al's first motion for enlargement of time. (Doc. # 10). In the motion (doc. #10), respondents request a forty-five (45) day enlargement of time in order for them to file a responsive pleading to petitioner's petition for writ habeas corpus. A response to the petition was due on March 17, 2011.

In the affidavit of Jason R. Dworin (doc. #10), respondents seek an enlargement of time due to the fact that counsel received the record for the case on March 2, 2011, and need additional time to review the documents. Further, counsel asserts that he had a response due in another case on March 17, 2011, which required his attention as well.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that respondents' motion for enlargement of time (doc. # 10), be and the same hereby is, GRANTED. Respondents must file a

responsive pleading to petitioner's petition for writ of habeas corpus and any pending motion by May 2, 2011.

Dated this 23rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE