**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MERRY WEST,

        Petitioner,        2:10-CV-02086-JCM-RJJ

vs.

                      ORDER

SHERYL FOSTER,

        Respondent.

        This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On May 18, 2011, petitioner filed a motion for an extension of time to file her opposition to the motion to dismiss the petition. (ECF No. 18.) Good cause appearing, petitioner's motion is **GRANTED.** Petitioner is granted to and including May 24, 2011, to file her response.

        DATED this 26th day of May, 2011.

                                          UNITED STATES DISTRICT JUDGE