UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERRY WEST,<br><br>    Petitioner,<br><br>vs.<br><br>SHERYL FOSTER, *et. al*,<br><br>    Respondents. | Case No. 2:10-cv-02086-JAD-GWF<br><br>**ORDER DIRECTING PLAINTIFF'S RESPONSE BY JANUARY 15, 2016** |

In this habeas corpus action, the respondents filed an answer to the petition on June 5, 2013. ECF No. 47. The *pro se* petitioner, Merry West, has not filed a reply to the answer. The court will, *sua sponte*, grant West an extension of time, to **January 15, 2016**, to file her reply. The time to file the reply will not be further extended.

The court suspects that West may no longer be incarcerated and has not kept the court informed of her current address in violation of LSR 2-2 ("The plaintiff shall immediately file with the Court written notification of any change of address.  The notification must include proof of service upon each opposing party or the party's attorney.  Failure to comply with this rule may result in dismissal of the action with prejudice.'). **West has until January 15, 2016, to inform the court whether the address on record with the court** (FMWCC, 4370 Smiley Road, Las Vegas, NV 89115) **remains her current address and, if it is not, to provide the court with her current address.  West is cautioned that if she does not respond to this order by that date, the court will dismiss this action with prejudice under LSR 2-2.**

**IT IS SO ORDERED.**

Dated this 29th day of December, 2015.

_____
Jennifer Dorsey
United States District Judge